IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID W. W. ADAMI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-2187 |
| | : | |
| COUNTY OF BUCKS, et al. | : | |

## ORDER

AND NOW, this 30th day of September, 2020, upon consideration of Defendants Brian Kircher, Patrick Rooney, Steven Columbia, C/O Knoneborg, Langston Mason, Timothy Ricci, and David Gresko's (the Officers) Motion to Dismiss, Plaintiffs David Adami and Heather Giglio's opposition, the Officers' reply, and the parties' presentations at the September 25, 2019, hearing on the Motion, and for the reasons stated in the forthcoming Memorandum, it is ORDERED the Motion (Document 13) is GRANTED in part insofar as Count I of Plaintiffs' Complaint is DISMISSED without prejudice against Officers Knoneborg, Mason, Ricci, and Gresko. The Motion is otherwise DENIED.[1]

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] Once the Court files the accompanying Memorandum the Court will enter an order providing Plaintiffs 14 days to file an amended complaint that corrects the pleading deficiencies identified in the Memorandum. Failure to file an amended complaint within the time permitted may result in dismissal of the above claims with prejudice.