IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID W. W. ADAMI and HEATHER L. GIGLIO, CO-ADMINISTRATORS of the ESTATE OF FREDERICK J. ADAMI, DECEASED.,<br><br>      Plaintiffs,<br>  vs.<br><br>COUNTY OF BUCKS, BRIAN KIRCHER, PATRICK ROONEY, STEVEN COLUMBIA, C.O. KNONEBORG, LANGSTON MASON, TIMOTHY RICCI, DAVID GRESKO, PRIMECARE MEDICAL, INC., ET AL.<br><br>      Defendants. | CIVIL ACTION<br><br>NO.  2:19-cv-02187-JS |

**DEFENDANTS COUNTY OF BUCKS, COLUMBIA, GRESKO, KIRCHER, KNONEBORG, MASON, RICCI AND PATRICK ROONEY'S STATEMENT OF MATERIAL UNDISPUTED FACTS IN SUPPORT OF SUMMARY JUDGMENT**

1. On January 27, 2018, at approximately 7:28 a.m., Frederick Adami ("Adami") was arrested on possession of drug paraphernalia and admitted to the Bucks County Correctional Facility ("BCCC").  (Amended Complaint at ¶ 45, attached hereto as Exhibit A.)

2. At 10:35 a.m., Adami was medically screened by Nurse Dunfee,  an employee of co-defendant PrimeCare Medical, Inc. ("PCM").  (Exhibit A at ¶ 46.)

3. Adami reported to Nurse Dunfee that he had an opioid addiction and that he used two bundles, or twenty bags, of heroin a day. (*Id*. at 47.)

4. Adami was placed on regular medical watch by PCM due to withdrawal from heroin. (Medical Chart, PCM0003, attached hereto as Exhibit B.)

5. PCM makes the decision as to whether to place an inmate on medical watch, not County security staff. (Deposition of Sergeant Mason at 37:1-24, attached hereto as Exhibit I.)

6. Adami was assigned to the Cell 05 in Housing Unit A at 12:05 p.m. (Exhibit A at ¶ 60.)

7. Adami arrived on Module A at 12:23 p.m. and was assigned Cell 5, bottom bunk. (*Id*. at 61; Activity Log, Bucks-Adami-000074, attached hereto as Exhibit C.)

8. Defendant Correctional Officer Patrick Rooney started his shift at 2:28 p.m. on January 27, 2018. His shift ended on that same evening at 9:37 p.m. Activity Log, Bucks-Adami-000120, attached hereto as Exhibit D.)

9. At 1:46 p.m., Dr. Gessner, a PrimeCare physician, prescribed Bentyl three times daily, Bismuth two times daily as needed. (Exhibit A at ¶ 58.)

10. At approximately 2:00 p.m., Defendants Rooney and Kircher were the assigned corrections officers for Adami's housing unit. (Exhibit A at ¶ 71.) Defendants Rooney and Kircher shift ended at 10:00 pm.

11. On January 27, 2018, Bruce Gramiak was assigned to Cell 05 in Housing Unit A at 4:47 pm and became Adami's cellmate. (Exhibit C at Bucks-Adami-000074; Gramiak Deposition at 10, attached hereto as Exhibit F.)

12. At that time Gramiak learned that Adami was a heroin user. Adami told Gramiak that he was detoxing and not feeling well. (*Id* at 10-12.)

13. At or about 7:01 p.m., Adami walked, without any assistance, from his cell to the medical cart to receive his medications. (Screenshot of Adami at 19:01, attached hereto as Exhibit E; Deposition of Cellmate Bruce Gramiak at 20-21, attached hereto as Exhibit F.) The PCM medical records indicate that Nurse Wright gave Bentyl, Bismuth, Ondansetron, and Vistaril to Frederick J. Adami. (Exhibit A at ¶ 73.)

14. At approximately 7:08 pm., Correctional Officer Rooney, along with a PCM nurse, conducted rounds. (Exhibit F at 26: 19-24; 27:1-19.)

15. Gramiak asked the nurse if Adami was receiving the right medication and the nurse said that he would "check on it." (*Id.* at 102:9-17.)

16. Gramiak mainly spoke to the nurse about Adami's medication but Officer Rooney was standing next to the nurse. (*Id.* at 25:4-10.)

17. At the time Gramiak spoke to the nurse, Adami was not vomiting or using the toilet. (*Id.* at 102:18-24; 103:1.)

18. After speaking with the nurse, Gramiak left Adami's cell and returned to the dayroom area until 8:45 pm. (*Id.* at 28:2-22.)

19. When Gramiak returned to his cell, he observed Adami sleeping. (*Id.* at 28:23; 29:1.)

20. Gramiak did not speak to any correctional officer or nurse after Adami was provided medication at the 7:00 pm. medication rounds and tour. (*Id.* at 39:13-18.)

21. Somewhere near 12:00 a.m., on January 28, 2018, Adami began to use the toilet intermittently to vomit and to make bowel movements. (*Id.* at 31-32.)

22. Gramiak does not know how long Adami was using the toilet as he did not look at the clock. (*Id.* at 75-76.)

23. After the 7 p.m. medication rounds, Gramiak did not "call for any help." (*Id.*)

24. After the 7 p.m. medication rounds, Gramiak did not ask either an officer or anyone to call medical or seek any sort of attention for Mr. Adami. (*Id.* at 105:12-16.)

25. The next morning, Correctional Officers Ricci or Gresko reported to work and reported to Module A at approximately 6:00 a.m. (Exhibit A at ¶ 95.)

26. Correctional Officer Columbia, was assigned to Module A, and started his shift on January 27, 2018 at 11:06. (Columbia Log Entries, Bucks-Adami-001524, attached hereto as Exhibit G.)

27. Officer Columbia made and documented eleven (11) tours during his shift which ended on January 28, 2018 at 5:43 a.m. (*Id.*)

28. Officer Columbia's Log Entries indicate that his tours of Module A were conducted every thirty (30) minutes or less. (*Id.*)

29. Officer Columbia conducted his tours in accordance with BCCC Policy. For inmates like Adami, who were on regular medical watch, Officer Columbia was required to observe inmates every 30 minutes. (Exhibit F at 29:21:24; 30:1-2).

30. Officer Columbia log entries indicate that he observed each inmate during his shift every thirty (30) minutes. (*Id.* at 33:1-19.)

31. Officer Columbia has no recollection of speaking with Adami during his shift. (Columbia Deposition at 41: 18:24; 42:1-3, attached hereto as Exhibit H.)

32. Adami never informed Officer Columbia that his withdrawal symptoms were getting worse and his medications were not working.

33. At no time during Officer Columbia's shift, did Adami's cellmate, Gramiak ever personally inform Officer Columbia that Adami withdrawal symptoms were getting worse and his medications were not working. (*Id.* at 41: 18:24; 42:1-3; Exhibit F at 39:13-18.)

34. On January 28, 2018, Officer Columbia toured Module A at 2:59 a.m. (Exhibit G at Bucks-Adami-001524.)

35. On January 27, 2018, Sergeant Mason was the only first shift supervisor assigned to the entire prison, including all twelve (12) housing modules, during the hours of 10:00 p.m. and 6:00 a.m. (Exhibit I at 18:18-24; 19:1-6; 21:6-24; 22-23:1-6; Mason Daily Activity Report, attached as Exhibit J.)

36. Sergeant Mason was responsible for 800 inmates, 30 staff employees and 30 corrections staff during his shift. (*Id.* at 28:18-24; 29:1-2.)

37. Sergeant Mason arrived on Module A at 3:10 a.m. (*Id.* at 94; 20-24; Exhibit C at Bucks-Adami-000074.)

38. Sergeant Mason began to conduct his tour of Module A, was able to view one to two inmates, but was called off Module A at approximately 3:22 a.m. Exhibit A at ¶ 92; Exhibit I at 74-75.)

39. Adami never informed Sergeant Mason that his withdrawal symptoms were getting worse and his medications were not working while Sergeant Mason on Module A from 3:10 a.m. to 3:22 a.m.

40. Correctional Officer Lisa Officer Knoneborg reported to Module A at 3:02 a.m. to relieve Officer Columbia for a scheduled break. (Officer Lisa Knoneborg Deposition at 42, attached hereto as Exhibit K; Exhibit C at Bucks-Adami-000074.)

41. Correctional Officer Lisa Officer Knoneborg left Module A at 3:22 a.m. after Officer Columbia returned from his scheduled break. (Exhibit A at ¶ 86; Exhibit C at Bucks-Adami-000074.)

42. On January 28, 2018, Officer Timothy Ricci and Gresko were assigned to Module A and started his shift at 6:00 a.m. (Exhibit A at ¶ 95.)

43. On January 28, 2018, at 6:06, Officer Ricci conducted a tour of the Module and looked into Adami's cell from the outside and concluded that Adami was on this bed. Officer Ricci did not find anything usual about the way in which Adami was on the bed at this time. (Officer Timothy Ricci Deposition at 79-80; 89-90 attached hereto as Exhibit L.)

44. At 6:35 a.m., Officer Ricci conducted a second tour of Module A and noticed that Adami's position on the bed had changed and Adami's body had seem contorted. Exhibit L at 89;19-24; 90: 1-7.)

45. Officer Ricci yelled for his partner to call for emergency medical services. (*Id.* at 88:18-21.)

46. At or about 6:37, additional guards and medical staff arrived and began performing CPR on Frederick J. Adami. Emergency Medical Technicians arrived and transported Frederick J. Adami to Doylestown Hospital where he was declared dead. The time of death was recorded as 7:35 a.m. An autopsy was

performed following Frederick J. Adami's death.  The Bucks County Coroner concluded the cause of Frederick J. Adami's death was "Sudden Death due to Opiate Withdrawal."  (Exhibit A at ¶¶ 102-104.)

47. The County of Bucks adopted Policy B-4.60, entitled "Watch and Observation Procedure," attached hereto as Exhibit M.

48. Pursuant to County Policy Module/Housing Officers are expected to conduct and observe inmates who are designated "regular medical watch" or Level III. (Exhibit H at 28-31; M at 2.)

49. Correction officers are trained to call medical if one observes an inmate under medical distress regardless of a designated illness.  (Exhibit K at 12-13.)

**ARCHER & GREINER, PC**

/s/ Jeffrey M. Scott
jscott@archerlaw.com
/s/ Jeffrey M. Kolansky
Jeffrey M. Kolansky
jkolansky@archerlaw.com
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, Pennsylvania  19103-7393
(215) 963-3300
(215) 963-9999
Counsel for Defendants  County of Bucks, Columbia, Gresko, Kircher, Knoneborg, Mason, Ricci and Rooney

223240872v1