IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID W. ADAMI and HEATHER L. GIGLIO, CO-ADMINISTRATORS of the ESTATE OF FREDERICK J. ADAMI, DECEASED | : : : : : : | |
| Plaintiffs, | : : | NO: 2:19-cv-02187-JS |
| V. | : : | |
| COUNTY OF BUCKS, et al. | : : | |
| Defendants. | : : | |

**FILING:**  Plaintiffs' Response in Opposition to Motion for Summary Judgment by Defendants, County of Bucks, Steven Columbia, David Gresko, Brian Kirchner, Lisa Knoneborg, Langston Mason, Timothy Ricci, and Patrick Rooney

**Document Number**: 70

Please attach the following video clip exhibits to Document number: 70. They are as follows:

Exhibit 21, P-17 Bucks-Adami-000118-19.08.0-19.09.23 Med Pass Cells

Exhibit 24, P-50 1.28.18 - 227-229

Exhibit 25, P- 52 Clip 6 - 1.28.18 - 256-259

Exhibit 26, P-53- 1.28.18 - 327-330

Exhibit 42, P-57 1.28.18 - 429-430