IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID W. W. ADAMI and HEATHER L. GIGLIO, CO-ADMINISTRATORS of the ESTATE OF FREDERICK J. ADAMI, DECEASED.,**<br>　　　　　　　　　　**Plaintiffs,**<br>　　　　vs.<br>**COUNTY OF BUCKS, BRIAN KIRCHER, PATRICK ROONEY, STEVEN COLUMBIA, C.O. KNONEBORG, LANGSTON MASON, TIMOTHY RICCI, DAVID GRESKO, PRIMECARE MEDICAL, INC., ET AL.**<br>　　　　　　　　　　**Defendants.** | **CIVIL ACTION**<br><br>**NO.  2:19-cv-02187-JS** |

### DEFENDANTS COUNTY OF BUCKS, COLUMBIA, GRESKO, KIRCHER, KNONEBORG, MASON, RICCI AND ROONEY'S PRETRIAL MEMORANDUM

**I.     NATURE OF CLAIM AND JURISDICTION**

Plaintiffs bring a cause of action under 42 U.S.C. §1983 and allege that each individually named Bucks County correctional officer was deliberately indifferent to Adami's serious medical needs. The Plaintiffs also bring a cause of action against the County of Bucks ("County") under *Monell v. Dep't of Soc. Servs. of City of New York,* 436 U.S. 658 (1978).  This Court has jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331.

The Plaintiffs also bring a cause of action against PrimeCare, Inc., ("PCM"), the County's accredited medical provider. Plaintiffs allege that PCM deviated from the medically accepted practices regarding inmates who are experiencing symptoms of withdrawal. This Court has jurisdiction over this claim pursuant to 28 U.S.C. § 1367.

II.     **DEFENDANTS' COUNTER STATEMENT OF FACTS**

Adami was arrested on possession of drug paraphernalia and admitted to the Bucks County Correctional Facility ("BCCC") on January 27, 2018, at approximately 7:28 am. Adami was medically screened by Nurse Dunfee, an employee of co-defendant PCM at 10:35 a.m. Adami reported to Nurse Dunfee that he had an opioid addiction and that he used two bundles, or twenty bags of heroin, a day. Adami was placed on regular medical watch by PCM due to withdrawal from heroin.

Adami was assigned to the Cell 05 in Housing Unit A at 12:05 p.m. At 1:46 p.m., Dr. Gessner, a PrimeCare physician, prescribed medication for anxiety, nausea and stomach upset (Bentyl, Bismuth, Ondansetron, and Vistaril). On January 27, 2018, Bruce Gramiak was assigned to Cell 05 in Housing Unit A at 4:47 p.m. and became Adami's cellmate. At or about 7:01 p.m., Adami walked, without any assistance, from his cell to the medical cart to receive his medications. The PCM medical records indicate that Nurse Wright gave Bentyl, Bismuth, Ondansetron, and Vistaril to Frederick J. Adami. At approximately 7:08 p.m., Correctional Officer Rooney, along with a PCM nurse Wright, conducted rounds.

Gramiak, a former drug user, asked Nurse Wright if Adami was receiving the right medication and the nurse said that he would "check on it." At the time Gramiak spoke to the nurse, Adami was not exhibiting any signs of medical distress associated with heroin withdrawal. After speaking with the nurse, Gramiak left Adami's cell and returned to the dayroom area until 8:45 pm. When Gramiak returned to his cell, he observed Adami sleeping.

Defendant Correctional Officer Columbia, who was assigned to Module A, started his shift on January 27, 2018 at 11:06 p.m. For inmates like Adami, who were on regular medical watch, Officer Columbia was required to observe inmates every 30 minutes. Defendant Sergeant Mason was the only first shift supervisor assigned to the entire prison, including all twelve (12)

housing modules, during the hours of 10:00 p.m. and 6:00 a.m.  Sergeant Mason was responsible for 800 inmates, 30 staff employees and 30 corrections staff during his shift.

According to Gramiak, somewhere near 12:00 a.m., on January 28, 2018, Adami began to use the toilet intermittently to vomit and to make bowel movements.  Gramiak does not know how long Adami was using the toilet as he did not look at the clock.  Officer Columbia did not observe Adami in any medical distress.  Likewise, Officer Columbia would have seen Adami (if Gramiak is believed) to be experiencing normal symptoms of withdrawal.  While Gramiak claims that Adami was sick, he never spoke with an officer or anyone to call medical or seek any sort of attention for Mr. Adami.

Sergeant Mason arrived on Module A at 3:10 a.m.  He started to conduct a tour of Module A, but he was only able to view one to two inmates, because he was called off Module A at approximately 3:22 a.m.

Officer Columbia made and documented his tours during his shift which ended on January 28, 2018 at 5:43 a.m.  At no time did Adami inform any correctional officer or medical personnel that he needed medical attention.  The next morning, Defendant Correctional Officer Ricci reported to work at approximately 6:00 a.m.  At 6:06 a.m., Officer Ricci conducted a tour of the Module and looked into Adami's cell from the outside and concluded and did not find observe Adami in any distress.  At 6:35 a.m., Officer Ricci conducted a second tour of Module A and noticed that Adami's position on the bed had changed and Adami's body had seem contorted.  Officer Ricci yelled for his partner to call for emergency medical services.  At or about 6:37, additional guards and medical staff arrived and began performing CPR on Frederick J. Adami.  Emergency Medical Technicians arrived and transported Frederick J. Adami to Doylestown Hospital where he was declared dead.  The time of death was recorded as 7:35 a.m.  An autopsy was performed following Frederick J. Adami's death.  The Bucks County Coroner

concluded the cause of Frederick J. Adami's death was "Sudden Death due to Opiate Withdrawal."

## III. WITNESSES

The following witness may be called to testify Municipal Defendants intend to call the following witnesses during their case-in-chief.

    A.    **LIABILITY WITNESSES**

Steven Columbia
c/o Archer & Greiner, P.C.
Three Logan Square, 1717 Archer Street, 35th Floor
Philadelphia, PA 19103

Timothy Ricci
c/o Archer & Greiner, P.C.
Three Logan Square, 1717 Archer Street, 35th Floor
Philadelphia, PA 19103

Langston Mason
c/o Archer & Greiner, P.C.
Three Logan Square, 1717 Archer Street, 35th Floor
Philadelphia, PA 19103

Brian Kircher
c/o Archer & Greiner, P.C.
Three Logan Square, 1717 Archer Street, 35th Floor
Philadelphia, PA 19103

Captain James Nottingham
c/o Archer & Greiner, P.C.
Three Logan Square, 1717 Archer Street, 35th Floor
Philadelphia, PA 19103

Kelly Reed
c/o Archer & Greiner, P.C.
Three Logan Square, 1717 Archer Street, 35th Floor
Philadelphia, PA 19103

Langston Mason
c/o Archer & Greiner, P.C.
Three Logan Square, 1717 Archer Street, 35th Floor
Philadelphia, PA 19103

Patrick Rooney
c/o Archer & Greiner, P.C.
Three Logan Square, 1717 Archer Street, 35th Floor
Philadelphia, PA 19103

Anthony DiSandro
c/o Archer & Greiner, P.C.
Three Logan Square, 1717 Archer Street, 35th Floor
Philadelphia, PA 19103

Frank Bochenek
c/o Archer & Greiner, P.C.
Three Logan Square, 1717 Archer Street, 35th Floor
Philadelphia, PA 19103

David Damsker, Health Commissioner
c/o Archer & Greiner, P.C.
Three Logan Square, 1717 Archer Street, 35th Floor
Philadelphia, PA 19103

Edward Sweeney
Sweeney Corrections Consulting, LLC
4566 Hoffman Drive
Whitehall, PA 18052

Bucks County Detective Hanks or Designee
Bucks County District Attorney
100 N. Main Street, 2nd Floor
Doylestown, PA 18901

Lillian Budd
c/o Archer & Greiner, P.C.
Three Logan Square, 1717 Archer Street, 35th Floor
Philadelphia, PA 19103


Bucks County Detective Welp or Designee
Bucks County District Attorney
100 N. Main Street, 2nd Floor
Doylestown, PA 18901


Employees of Defendant PrimeCare Medical, Inc.

Samantha (Dunfee) Grous

5

   Gabrielle Trusty

   Thomas Weber

   Todd Haskins

   Aron Wright

   Victoria Gessner, M.D.

  B. **DAMAGES**

   Marc Weinstein, Registered Forensic Economist
   TEAM ECONOMICS
   524 Edgewood Drive
   Lafayette Hill, PA 19444

**IV.** **EXHIBITS**

| | | | |
|---|---|---|---|
| County | 1 | Bench Warrant | Bucks-Adami-000001 |
| County | 2 | SIU Report | Bucks-Adami-000003 |
| County | 3 | SIU Supplemental Report | Bucks-Adami-000005 |
| County | 4 | Handwritten Note from Cellmate | Bucks-Adami-000007 |
| County | 5 | Photos of Scene and Cell | Bucks-Adami-000010 |
| County | 6 | Coroner's Report | Bucks-Adami-000026 |
| County | 7 | Doylestown Hospital Records | Bucks-Adami-000039 |
| County | 8 | Activity Log Report 1/27/2018 to 1/28/2018 | Bucks-Adami-000073 |
| County | 9 | BCCF A MOD Log Book | Bucks-Adami-000119 |
| County | 10 | Photograph of Module | Bucks-Adami-000130 |
| County | 11 | Event Summary Report | Bucks-Adami-000133 |
| County | 12 | Section: B-4.40 Reception Unit — Admission and Discharge Procedures | Bucks-Adami-000473 |
| County | 13 | Section: B-3.13 Reception Unit Officer | Bucks-Adami-000483 |
| County | 14 | Section: B-4.29 Inmate Work Programs | Bucks-Adami-000491 |
| County | 15 | Section: B-4.60 Watch and Observation Procedures | Bucks-Adami-000508 |
| County | 16 | Accreditation Letter from National Commission on Correctional Health Care 2016 | Bucks-Adami-000922 |
| County | 17 | The Accreditation Committee of the National Commission on Correctional Health Care 2017 | Bucks-Adami-000927 |

| County | 18 | Accreditation Update Report (Health Care Services- Bucks County Correctional Facility) 2017 | Bucks-Adami-000963 |
|---|---|---|---|
| County | 19 | Bucks County Department of Corrections Train.11/13/17 to 1/4/18 | Bucks-Adami-000979 |
| County | 20 | 2017 In-Service Non-Security Personnel Training | Bucks-Adami-000986 |
| County | 21 | 2017 In-Service Training | Bucks-Adami-000987 |
| County | 22 | 2018 In-Service Training | Bucks-Adami-000989 |
| County | 23 | Bucks County PA Department of Corrections 2018 Inspection Report | Bucks-Adami-000998 |
| County | 24 | Bucks County Department of Corrections 2017 Inspection Report | Bucks-Adami-001014 |
| County | 25 | Bucks County Department of Corrections Training Academy  November 13, 2017 - January 4, 2018 | Bucks-Adami-001034 |
| County | 26 | Bucks County Department of Corrections Training Academy  November 13, 2017 - January 4, 2018 | Bucks-Adami-001040 |
| County | 27 | Bucks County Department of Corrections 2019 Inspection Report | Bucks-Adami-001047 |
| County | 28 | DDAP Informational Bulletin | Bucks-Adami-001331 |
| County | 29 | DDAP Informational Bulletin | Bucks-Adami-001336 |
| County | 30 | DDAP Informational Bulletin | Bucks-Adami-001340 |
| County | 31 | Pennsylvania DOC to Pilot Injectable Buprenorphine for Detoxing Prisoners – Filter | Bucks-Adami-001350 |
| County | 32 | DDAP Informational Bulletin | Bucks-Adami-001385 |
| County | 33 | Detox / Withdraw | Bucks-Adami-001396 |
| County | 34 | PrimeCare BKS Detox withdrawal summary 12-8-17 | Bucks-Adami-001397 |
| County | 35 |  DDAP Informational Bulletin | Bucks-Adami-001398 |
| County | 36 | Information Bulletin Pregnant and Parenting Women.pdf | Bucks-Adami-001401 |
| County | 37 | Opioid Use Disorder Treatment In County Correctional Facilities Training | Bucks-Adami-001469 |
| County | 38 | PCM Policy Medically Supervised Withdrawal and Treatment | Bucks-Adami-00141 |
| County | 39 | Jail-Based-MAT-PPG October 2018 | Bucks-Adami-001425 |
| County | 40 | Detox and Addiction Treatment | Bucks-Adami-001477 |
| County | 41 | PrimeCare Client Alert Detox And Addiction Treatment 2019 | Bucks-Adami-001478 |
| County | 42 | Officer Columbia Log Entries | Bucks-Adami-001524 |

| County | 43 | Sergeant Mason DAR | Bucks-Adami-001525 |
|---|---|---|---|
| County | 44 | Video Clip 8.27.2018 19:08 | Bucks-Adami-000118-19.08.0-19.09.23.m4v |
| County | 45 | Transcription of Audio Call  Gramiak | Gramiak P-22 |
| County | 46 | PrimeCare Medical Records.PDF | P000001 |
| County | 47 | Adami's 2017 1099.PDF | P000207 |
| County | 48 | Wage documents from Vytex - Five Star Energy F. Adami | P000209 |
| County | 49 | Cell Photographs | P000335 |
| County | 50 | Cell Photographs | P000338 |
| County | 51 | Cell Photographs | P000341 |
| County | 52 | County Detective Report | P000433 |
| County | 54 | PCM Report and Records of Adami Incident | PCM00283 |
| County | 55 | PCM Policies | PCM00324 |
| County | 56 | PCM Detox Tapers Protocols | PCM01403 |
| County | 57 | PCM  Orientation Manual | PCM01405 |
| County | 58 | PCM Policy Health Training for Correctional Officers | PCM03503 |
| County | 59 | PCM Policy Inmate-Patient Workers | PCM03506 |
| County | 60 | Booking Officer Training | PCM03536 |
| County | 61 | Philadelphia Prison Records 1-23 | PhilaPrisons 001-0023 |
| County | 62 | Photograph of Adami at 19:01 | |
| County | 63 | C.V. of Edward Sweeney | |
| County | 64 | Expert Report of Edward Sweeney | |
| County | 65 | C.V. of Marc Weinstein | |
| County | 66 | Expert Report of Marc Weinstein | |

**V.     Anticipated Length of Trial**

Defendants anticipate trial will last 5 to 7 days.

Defendants reserve the right to call any other witnesses and/or use any exhibit identified on any other party's exhibit list during their case-in-chief.

## VI. Special Issues

A. The negligence theory against PrimeCare Medical (violation of standard of care) cannot be applied to the County as there is no Constitutional right to a certain medications, such as methadone or suboxone, to treat withdrawal symptoms. *Taylor v. Barkes*, 575 U.S. 822, 826 (2015); *Norris v. Frame*, 585 F.2d 1183, 1188 (3d Cir. 1978) (holding there is no constitutional right to methadone and the County is under no duty to provide it).

B. Plaintiffs' have prematurely and improperly designated the deposition of non-party Bruce Gramiak. Defendants object to the use of Bruce Gramiak's deposition as Plaintiffs have failed to demonstrate that Mr. Gramiak is unavailable to testify at the time of trial.

C. The County Defendants join PrimeCare Medical, Inc.'s Motion in Limine to Preclude Plaintiffs from Introducing any Evidence or Testimony Concerning other Lawsuits and other alleged Patient-Specific Opioid Deaths.

D. The Defendant Correction Officers' Motion for Summary Judgment seeks judgment in favor of each Officer under the qualified immunity doctrine. In the event that summary judgment is not granted in favor of all Officers, the remaining Officer(s) will seek an immediate appeal. If the County is not dismissed on summary judgment, and an appeal is filed on behalf of any Correction Officer, the County will seek a stay of the entire case pending resolution of the appeal in the Third Circuit.

E. Punitive Damages are not available against the County. *City of Newport v. Fact Concerts, Inc.,* 453 U.S. 247, 271 (1981).

Respectfully submitted,

/s/ Jeffrey M. Scott
jscott@archerlaw.com
/s/ Jeffrey M. Kolansky
Jeffrey M. Kolansky
jkolansky@archerlaw.com
Kerri E. Chewning, Esquire
kchewning@archerlaw.com
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, Pennsylvania  19103-7393
 (215) 963-3300
 (215) 963-9999
Counsel for Defendants County of Bucks, Columbia, Gresko, Kircher, Knoneborg, Mason, Ricci and Rooney

Dated: March 4, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants County of Bucks, Kircher, Rooney, Columbia, Knoneborg, Mason, Ricci and Gresko's Pretrial Memorandum was electronically filed with the Clerk of Court on March 4, 2022, using the CM/ECF system, and is available for viewing and downloading through the ECF system by all counsel of record.

Respectfully submitted,

/s/ Jeffrey M. Scott
jscott@archerlaw.com
Kerri E. Chewning, Esquire
Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103-7393
Telephone: (215) 963-3300
Facsimile: (215) 963-9999
*Attorney for Defendants*
*County of Bucks, Kircher, Rooney, Columbia,*
*Knoneborg, Mason, Ricci and Gresko*

223624774v1