IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID W.W. ADAMI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-2187 |
| | : | |
| COUNTY OF BUCKS, et al. | : | |

## **AMENDED ORDER**

AND NOW, this 21st day of March, 2022, it is ORDERED the trial in the above-captioned matter will begin on April 11, 2022, at 9:00 a.m. in Courtroom 14B.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.