# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID W. W. ADAMI and HEATHER L. GIGLIO, CO-ADMINISTRATORS of the ESTATE OF FREDERICK J. ADAMI, DECEASED., | : : : : : | CIVIL ACTION<br><br>No. 2:19-cv-02187-JS |
| Plaintiffs, | : : | |
| v. | : : | |
| COUNTY OF BUCKS, BRIAN KIRCHER, PATRICK ROONEY, STEVEN COLUMBIA, C.O. KNONEBORG, LANGSTON MASON, TIMOTHY RICCI, DAVID GRESKO, PRIMECARE MEDICAL, INC., ET AL. | : : : : : : : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 8th day of April 2022, upon consideration of County Defendants' Motion for Summary Judgment, Plaintiff's opposition, subsequent briefing, and the arguments presented during the March 18, 2022 pre-trial conference, it is ORDERED the motion (Document No. 66) is hereby GRANTED IN PART and DENIED IN PART.

The Motion for Summary Judgment is GRANTED with respect to Brian Kircher, Patrick Rooney, and Langston Mason. The Motion will be DENIED as to all other defendants.

An appropriate memorandum is attached.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.