IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID W.W. ADAMI | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-2187 |
| | : | |
| COUNTY OF BUCKS, et al. | : | |
| | : | |

## **ORDER**

AND NOW, this 25th day of August, 2022, upon consideration of Plaintiff's counsel's request for a certified copy of the Court's April 25, 2022, sealed order, it is ORDERED that any party who objects to this request shall file an objection no later than August 26, 2022. If no party files a timely objection, the Court intends to temporarily unseal the order (Document No. 111) for the limited purpose of providing a certified copy of the order to Plaintiff's counsel so that counsel may provide the copy to a third-party bank for settlement distribution purposes. The order will otherwise remain under seal.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.